

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 12, 2015
Case Number WR-80,940-01
Flores, Ernesto Tirado Jr. aka Tirado, Ernesto Flores
COA No.   Tr. Ct. No. CR-3072-04-C(1)
Hidalgo County, 139th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _Alexander Gomez_ ,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on _Jan. 21, 2015_ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**

Abel Acosta, Clerk

JAN 2 6 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN